AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 0 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ _____, DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 7:05CR00032-001 |
| Patrick Thomas Rudd ) | USM No: 11433-084 |
| Date of Previous Judgment: October 28, 2005 ) | Fay Spence, Office of the Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___66___ months **is reduced to** ___60 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 24 | Amended Offense Level: | 22 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 63 to 778 months | Amended Guideline Range: | 60* to 63 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*The low end of the amended guideline range is controlled by the statutory mandatory minimum, pursuant to 21 U.S.C. § 844(a).

### III. ADDITIONAL COMMENTS

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated ___10/28/2005___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 8, 2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title

Case 7:05-cr-00032-JCT   Document 44   Filed 04/08/08   Page 1 of 1   Pageid#: 83